Bertha Schafer et al., appellants, v. Lorette Robillard and Amos H. Robillard, appellees. Gen. No. 9,264.

Opinion filed March 10, 1938.

T. R. Johnston and Victor N. Cardosi, for appellants. Robillard & Holland, for appellees.

Mr. Presiding Justice Dove delivered the opinion of the court.